UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| PLAINTIFF, | § | |
| VS. | § | CASE NO. 7:20-CR-591-1 |
| | § | |
| **CESAR TRUJILLO** | § | |
| | § | |
| DEFENDANT | § | |

## ORDER

On this _____ day of _____, 2020 came on to be heard Defendant's Motion for Permission to Travel and the Court is of the opinion that this Motion should be: GRANTED / DENIED.

_____
JUDGE PRESIDING

1